STATE OF FLORIDA, *ex rel.*, DOZIER DRAWDY, *Plaintiff in Error,* v. R. E. MERRITT AS SHERIFF OF DUVAL COUNTY, *Defendant in Error.*

Opinion Filed July 14, 1923.

Petition for Rehearing Granted November 13, 1923.

Judgment Re-affirmed January 28, 1924.

A Writ of Error to the Circuit Court for Duval County; Daniel A. Simmons, Judge.

*A. G. Hartridge* and *R. E. Stillman,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *M. C. McIntosh,* Assistant, for Defendant in Error.

ELLIS, J.—The plaintiff in error was committed to the custody of the sheriff for Duval County by an order of the County Judge of that County upon a criminal charge. The

plaintiff in error applied for a writ of *habeas corpus* to the Judges of the Circuit Court for Duval County and at the hearing he was remanded to the custody of the sheriff and seeks to reverse the judgment upon writ of error.

The judgment is affirmed upon the authority of State of Florida *ex rel.,* Jack Stillman, Plaintiff in Error, v. R. E. Merritt as Sheriff of Duval County, Defendant in Error, this day decided.

Affirmed.

TAYLOR, C. J., AND WHITFIELD, WEST AND TERRELL, J. J., concur.

## On Rehearing.

Decision by Division B.

PER CURIAM.—On the authority of State *ex rel.* Stillman v. Merritt, Sheriff, this day filed, the final order herein is affirmed.

WHITFIELD, J., AND WEST AND TERRELL, J. J., concur.